## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**TYRONE RODDELL SMITH**                                    **PETITIONER**
**ADC #13372**
**v.**                    **No. 5:14-cv-70-DPM-JTK**

**RAY HOBBS**                                              **RESPONDENT**

### ORDER

On *de novo* review, the Court overrules Smith's objections, № 12, adopts

the statute-of-limitation analysis of the opposed recommendation, № 11, and

declines the rest of the recommendation. FED. R. CIV. P. 72(b)(3). The record

presents no adequate basis for equitable tolling. Smith's motion to compel, №

13, is denied as moot. No certificate of appealability will issue because Smith

has made no substantial showing that his constitutional rights were violated.

28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2014