IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRONE RODDELL SMITH**  **PETITIONER**
**ADC #133772**
v.                      No. 5:14-cv-70-DPM

**RAY HOBBS**  **RESPONDENT**

## JUDGMENT

Smith's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 November 2014